| | |
|---|---|
| JACOB M. HEATH (STATE BAR NO. 238959)<br>jheath@orrick.com<br>JONATHAN J. LIU (STATE BAR NO. 328955)<br>jonathanliu@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:   +1 (650) 614 7400<br>Facsimile:    +1 (650) 614 7401 | JAROME BELL<br>jaromebell@verizon.net<br>Telephone:  +1(757) 318 1306<br><br>Plaintiff |

Attorneys for Defendants
Facebook, Inc., Meta Platforms, Inc., and Mark Zuckerberg

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAROME BELL,<br><br>              Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC. and MARK E. ZUCKERBERG<br><br>              Defendants. | Case No. 22-cv-02100-JST<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>Judge:  Hon. Jon S. Tigar |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jarome Bell ("Bell") and Defendants Facebook Inc. and Mark E. Zuckerberg (collectively, "Defendants") hereby stipulate that this action, including all claims filed by the parties, shall be dismissed with prejudice, and without costs, expenses, or attorneys' fees being awarded to any party. The parties state the following in support of dismissal with prejudice:

WHEREAS, on September 13, 2022, Bell indicated to Facebooks' outside counsel, Jonathan J. Liu, that Bell no longer intended to pursue litigation against Defendants in the case *Bell v. Facebook Inc.*, *et al.*, Case No. 22-cv-02100-JST;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, personally by Bell and by and through their respective counsel for Defendants, that this action shall be dismissed *with prejudice*, and without costs, expenses, or attorneys' fees being awarded to any party.

Dated: September 19, 2022           ORRICK, HERRINGTON & SUTCLIFF LLP

By: */s/ Jacob M. Heath*
    JACOB M. HEATH

    Attorney for Defendants Facebook, Inc. and Mark E. Zuckerberg

Dated: September 19, 2022

By: /s/ JAROME BELL
    JAROME BELL (PRO SE)

    Plaintiff

CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  September 19, 2022          By:   */s/ Jacob M. Heath*
                                                        JACOB M. HEATH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 19, 2022

_____
HONORABLE JON S. TIGAR
United States District Judge